## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Steven Brascom,

    *Plaintiff,*

v.                                    **Case No: 8:24-cv-2183-KKM-NHA**

Trans Union LLC,

    *Defendant.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Trans Union LLC, have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Trans Union LLC from this case with prejudice.

Dated November 11, 2024,

                                  **SERAPH LEGAL, P. A.**

                                  */s/ Bridget L. Scarangella*
                                  Bridget L. Scarangella, Esq.
                                  Florida Bar No.: 1022866
                                  BScarangella@SeraphLegal.com
                                  Seraph Legal, P. A.
                                  2124 West Kennedy Boulevard, Suite A
                                  Tampa, FL 33606
                                  (813) 321-2345
                                  Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 11, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

<u>/s/ *Bridget L. Scarangella*</u>
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866