# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**Steven Brascom,**

    *Plaintiff,*

**v.**                                    **Case No: 8:24-cv-2183-KKM-NHA**

**Trans Union LLC,**

    *Defendant.*

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Steven Brascom, and Defendant, Trans Union LLC, having resolved this matter between themselves by mutual agreement, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, as to Trans Union LLC only, effective January 10, 2025, each party to bear its own costs and attorneys' fees.

Dated January 10, 2025,

                                    **SERAPH LEGAL, P. A.**

                                    /s/ *Bridget L. Scarangella*
                                    Bridget L. Scarangella, Esq.
                                    Florida Bar No.: 1022866
                                    BScarangella@SeraphLegal.com
                                    Seraph Legal, P. A.
                                    2124 West Kennedy Boulevard, Suite A
                                    Tampa, FL 33606
                                    (813) 321-2345
                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866